This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, as Successor in Interest to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, As Trustee for RBSGC MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATE, SERIES 2005-RPI,**

Plaintiff-Appellant,

v.                                            **NO. A-1-CA-36317**

**FRANCISCO JAVIER RODRIGUEZ AND JANE DOE RODRIGUEZ, husband and wife; PATRICIA ESTRADA, if living; if deceased, THE UNKNOWN HEIRS OF PATRICIA ESTRADA, DECEASED; CITY OF ALBUQUERQUE; ABC Corporations I-X, XYZ Partnerships I-X, John Does I-X and Jane Does I-X, THE UNKNOWN HEIRS AND DEVISEES OF ANY OF THE ABOVE, IF DECEASED; OCCUPANTS OF THE PROPERTY,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Victor S. Lopez, District Judge**

McCarthy & Holthus, LLP
Karen Weaver

Joshua T. Chappell
Albuquerque, NM

for Appellant

Daniel P. Dietz, Assistant City Attorney
Albuquerque, NM

for Appellee City of Albuquerque

**MEMORANDUM OPINION**

**VANZI, Chief Judge.**

{1}    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}    AFFIRMED.

{3}    **IT IS SO ORDERED.**

_____

**LINDA M. VANZI, Chief Judge**

**WE CONCUR:**

_____

**STEPHEN G. FRENCH, Judge**

_____

**DANIEL J. GALLEGOS, Judge**